IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| William Henry Reid, Jr., #88143-071,<br>      Plaintiff,<br><br>   vs.<br><br>Mrs. N. Ndyen, Director, Alston Wilkes<br>Society Halfway House; and Ms. NFN<br>Wilson, Case Manager, Alston Wilkes<br>Society Halfway House,<br><br>      Defendants. | Civil Action No. 6:06-2316-HMH-WMC<br><br>**REPORT OF MAGISTRATE JUDGE** |

   The plaintiff brought this action seeking relief pursuant to Title 42, United States Code, Section 1983. The defendants were served in this case on September 7, 2006. When they failed to answer, their time to do so was extended through July 9, 2007. No answer has been filed by either defendant.

   By order of this court filed May 7, 2008, the plaintiff was directed to advise the court by May 28, 2008, whether he wished to continue to prosecute this action. The plaintiff did not respond to the order, and in fact has had no contact with the court since October 11, 2006.

   Based on the foregoing, it appears the plaintiff no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989), *cert. denied*, 493 U.S. 1084 (1990).

                s/William M. Catoe
                United States Magistrate Judge

May 29, 2008
Greenville, South Carolina